IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| INSTITUTE FOR FREE SPEECH, a nonprofit corporation and public interest law firm,<br><br>            Plaintiff,<br><br>v.<br><br>J.R. JOHNSON, in his official and individual capacities as Executive Director of the Texas Ethics Commission; MARY KENNEDY, CHRIS FLOOD, and RICHARD SCHMIDT in their official capacities as commissioners of the Texas Ethics Commission; and RANDALL ERBEN, CHAD CRAYCRAFT, PATRICK MIZELL, JOSEPH SLOVACEK, and STEVEN WOLENS, in their individual and official capacities as commissioners of the Texas Ethics Commission;<br><br>            Defendants. | Cause No. 4:23-cv-00808-P |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, the Institute for Free Speech, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and Local Rule 56, respectfully moves this Court for summary judgment on Counts I, II, III, and IV of Plaintiff's Original Complaint.

### Summary

*Claim for Relief 1: As-applied challenge to Texas Election Code § 253.094 and the Commission's Ethics Advisory Opinion No. 580 as violations of Plaintiff's rights of free speech and association.* To succeed, Plaintiff must demonstrate that the law, as interpreted and enforced

by Defendants, is unconstitutional as applied to Plaintiff's intended activities of free speech and association.

*Claim for Relief 2: As-applied challenge to Texas Election Code § 253.094 and the Commission's Ethics Advisory Opinion No. 580 as violations of Plaintiff's right to petition*. To succeed, Plaintiff must demonstrate that the law, as interpreted and enforced by Defendants, is unconstitutional as applied to Plaintiff's intended petitioning activities.

*Claim for Relief 3: Facial challenge to Texas Election Code § 253.094 and the Commission's Ethics Advisory Opinion No. 580 as overbroad*. To succeed, Plaintiff must demonstrate that the law, as interpreted and enforced by Defendants, is facially overbroad in that it sweeps in protected political and legal speech in a way that is disproportionate to its legitimate sweep. To do so, Plaintiff may rely on the impact of the law on third parties.

*Claim for Relief 4: Federal Preemption Under the Supremacy Clause*. To succeed, Plaintiff must show that the state law, as interpreted and enforced by Defendants, conflicts with federal law in that it stands as an obstacle to the accomplishment and execution of the full purposes and objectives of Congress and partially immunizes TEC officials for federal causes of action under 42 U.S.C. § 1983.

Further explication of these claims, and their elements, is set forth in Plaintiff's brief.

\*\*\*

As to each of these claims, there are no genuine issues of material fact and Plaintiff is entitled to judgment as a matter of law. As such, Plaintiff asks this Court for an order permanently enjoining Defendants from enforcement of Texas Election Code § 253.094 and Ethics Advisory Opinion No. 580; declaring the same to be unconstitutional, void, and unenforceable; and order

the individual-capacity defendants to pay nominal damages in the amount of $17.91 each. In support of this request, Plaintiff relies on the following:

1. Plaintiff's brief in support, filed contemporaneously with this motion; and

2. Plaintiff's appendix in support, filed contemporaneously with this motion.

Plaintiff respectfully requests that the Court grant this motion, enter judgment in its favor and permanently enjoin Defendants unconstitutional regulatory regime, and order other relief as set forth above and in its brief.

Respectfully submitted,

_s/Endel Kolde_
Endel Kolde
Washington Bar No. 25155
Courtney Corbello
Texas Bar No. 24097533
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 301-1664
Fax: (202) 301-3399
dkolde@ifs.org
ccorbello@ifs.org

Attorneys for IFS

Dated: September 27, 2023

_s/Tony McDonald_
Tony McDonald
Texas Bar No. 24083477
Connor Ellington
Texas Bar No. 24128529
LAW OFFICES OF TONY MCDONALD
1308 Ranchers Legacy Trl
Fort Worth, TX 76126
Tel: (512) 200-3608
Fax: (815) 550-1292
tony@tonymcdonald.com
connor@tonymcdonald.com

3