UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**INSTITUTE FOR FREE SPEECH,**

    Plaintiff,

v.                              **No. 4:23-CV-808-P**

**J.R. JOHNSON, ET AL.,**

    Defendants.

## ORDER

Before the Court is Plaintiff's Motion for Summary Judgment (ECF No. ___). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion.

Defendants and all persons active in concert or participation with them who receive actual notice of this injunction are permanently enjoined from enforcing TEX. ELEC. CODE § 253.094 against the Institute for Free Speech, or any other corporate legal-service provider, for providing pro bono legal services to Chris Woolsey, the Texas Anti-Communist League, or any other Texas non-federal candidate or political committee, for purposes of pro bono litigation against the government;

TEX. ELEC. CODE § 253.094 and EAO No. 580 are unconstitutional, void, and unenforceable as applied to any corporation's provision of pro bono legal services to a Texas non-federal candidate or political committee for the purposes of pro bono litigation against the government;

Each individual-capacity defendant will pay Plaintiff $17.91 in nominal damages within 45 days of entry of this Order; and

Plaintiff is entitled to seek attorneys' fees as a prevailing party under 42 U.S.C. § 1988.

**SO ORDERED** on this ____ **day of** _____ **2023.**