

# United States Court of Appeals
## for the Fifth Circuit

Certified as a true copy and issued
as the mandate on Aug 18, 2025

Attest:
*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit
**FILED**
July 28, 2025
Lyle W. Cayce
Clerk

No. 24-50712

---

INSTITUTE FOR FREE SPEECH, *a nonprofit corporation* and PUBLIC INTEREST LAW FIRM,

*Plaintiff—Appellant,*

versus

J. R. JOHNSON, *in his official and individual capacities as Executive Director of the Texas Ethics Commission*; MARY KENNEDY, *Commissioner in her official capacity*; CHRIS FLOOD, *Commissioner in his official capacity*; RICHARD SCHMIDT, *in their official capacity as commissioner of the Texas Ethics Commission*; RANDALL ERBEN, *Commissioner in his individual and official capacities*; CHAD CRAYCRAFT, *Commissioner in his individual and official capacities*; PATRICK MIZELL, *Commissioner in his individual and official capacities*; JOSEPH SLOVACEK, *Commissioner in his individual and official capacities*; STEVE WOLENS, *in their individual and official capacities as commissioner of the Texas Ethics Commission*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-1370

---

Before ELROD, *Chief Judge,* ENGELHARDT, *Circuit Judge,* and GUIDRY, *District Judge.**

JUDGMENT

No. 24-50712

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

---

* United States District Judge for the Eastern District of Louisiana, sitting by designation.