# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 18, 2025

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 24-50712   Institute for Free Speech v. Johnson
                      USDC No. 1:23-CV-1370

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Casey A. Sullivan, Deputy Clerk
                              504-310-7642

cc:
    Mr. Connor Logan Ellington
    Mr. Endel Kolde
    Mr. Cory Liu
    Mr. Tony Keith McDonald
    Mr. Eric J. R. Nichols
    Mr. Nathan John Ristuccia