UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INSTITUTE FOR FREE SPEECH, § § *Plaintiff*, § § No. 1:23-cv-01370-DAE v. § § JAMES TINLEY, in his official capacity as § Executive Director of the Texas Ethics § Commission, et al., § § *Defendants.* § | |

**UNOPPOSED MOTION TO WITHDRAW CERTAIN COUNSEL FOR DEFENDANTS**

James Tinley, in his official capacity as Executive Director of the Texas Ethics Commission (the "Commission"), and each of the Commissioners in their official capacities (collectively, "Defendants"), moves to withdraw Cory Liu as counsel in this matter. Eric J.R. Nichols, of Butler Snow LLP, whose contact information is listed below, will continue as lead counsel to represent Defendants in this matter. Defendants seek the withdrawal of Mr. Liu as counsel because Mr. Liu was recently appointed to serve as the Judge of the 250th District Court in Travis County, Texas and is no longer in private practice or associated with Butler Snow LLP.

Counsel for all parties in this case have been notified and have responded that they do not oppose Mr. Liu's withdrawal.

WHEREFORE, Defendants respectfully request that this Court allow Cory Liu to be withdrawn as counsel of record for Defendant James Tinley, in his official capacity as Executive Director of the Commission, and each of the Commissioners in their official capacities.

BUTLER SNOW LLP

By: */s/ Eric J.R. Nichols*
Eric J.R. Nichols

        Texas Bar No. 14994900
        eric.nichols@butlersnow.com
        1400 Lavaca Street, Suite 1000
        Austin, Texas 78701
        Tel: (737) 802-1800
        Fax: (737) 802-1801

        Jose M. Luzarraga
        Texas Bar No. 00791149
        jose.luzarraga@butlersnow.com
        2911 Turtle Creek Blvd., Suite 1400
        Dallas, Texas 75219
        Tel: (469) 680-5500
        Fax: (469) 680-5501

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, a true and correct copy of the following document was served on all counsel of record by filing with the Court's CM/ECF system.

        */s/ Eric J. R. Nichols*
        Eric J. R. Nichols

## CERTIFICATE OF CONFERENCE

Counsel for all parties in this case have been notified and have responded that they do not oppose Cory Liu's withdrawal.

        */s/ Eric J. Nichols*
        Eric J. R. Nichols