UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INSTITUTE FOR FREE SPEECH, § <br> § <br> *Plaintiff*, § <br> § No. 1:23-cv-01370-DAE <br> v. § <br> § <br> JAMES TINLEY, in his official capacity as § <br> Executive Director of the Texas Ethics § <br> Commission, et al., § <br> § <br> *Defendants.* § | |

## ORDER

Before the Court is a Motion to Withdraw Cory Liu as counsel for James Tinley, in his official capacity as Executive Director of the Texas Ethics Commission, and each of the Commissioners in their official capacities (collectively, "Defendants"). Defendants seek to withdraw Mr. Liu as counsel because Mr. Liu was recently appointed to serve as Judge of the 250th District Court in Travis County, Texas, and is no longer in private practice or associated with Butler Snow LLP. Eric J. R. Nichols will continue to represent Defendants, as lead counsel in this case. Plaintiff and Defendants are unopposed to Mr. Liu's withdrawal. Having considered the motion, submissions, and applicable law, the Court determines the motion should be **GRANTED**. Accordingly, the Court hereby

**ORDERS** that Cory Liu's Motion to Withdraw (Dkt. _____) is **GRANTED**.

**SIGNED** on this ____ **day of** _____ **2025.**

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE