UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Institute for Free Speech, | § § | |
| Plaintiff, | § | NO: AU:23-CV-01370-DAE |
| vs. | § § | |
| J.R. Johnson, et al. | § § | |
| Defendants. | § § | |

## ORDER SETTING STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a **in person** STATUS CONFERENCE before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, October 29, 2025 at 01:30 PM**.

IT IS SO ORDERED.

DATED: Austin, Texas October 08, 2025.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE