UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INSTITUTE FOR FREE SPEECH, § <br> § <br> *Plaintiff*, § <br> § No. 1:23-cv-01370-DAE <br> v. § <br> § <br> JAMES TINLEY, in his official capacity as § <br> Executive Director of the Texas Ethics § <br> Commission, et al., § <br> § <br> *Defendants*. § | |

## ORDER

Before the Court is a Motion to Compel Responses to Discovery by Defendant James Tinley, in his official capacity as the Executive Director of the Texas Ethics Commission (the "Commission"). Having considered the motion, submissions, and applicable law, the Court determines the motion should be **GRANTED**. Accordingly, the Court hereby

**ORDERS** that the Commission's Motion to Compel is **GRANTED**.

**ORDERS** that Non-Parties Chris Woolsey and John Cary Cheshire appear for their respective depositions on dates agreeable to the parties, but no later than _____, 2025, and comply with the requests for production in the subpoenas served on them by the Commission.

**ORDERS** that the Institute for Free Speech comply with the Commission's requests for production by no later than _____, 2025.

SIGNED on this ____ day of _____ 2025.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE