UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

INSTITUTE FOR FREE SPEECH,　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　*Plaintiff*,　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§　　　No. 1:23-cv-01370-DAE
JAMES TINLEY, in his official capacity as　§
Executive Director of the Texas Ethics　　　§
Commission, et al.,　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　*Defendants*.　　　　　　　　　　§

# SCHEDULING ORDER

The scheduling recommendations provided by the parties on April 24, 2026 (Dkt. # 76) are adopted by the Court. The following dates are entered to control the course of this case:

1.  Any motion to exempt the parties from mediation in this matter should be filed on or before **May 27, 2026**.

2.  Any written offer of settlement shall be made on or before **May 13, 2026**.

3.  The parties shall file all motions to amend or supplement pleadings or to join additional parties by **June 5, 2026**.

4.  Plaintiff shall file its designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **May 1, 2026**. Defendants shall file their designation testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **June 5, 2026**. All designations of rebuttal experts shall be designated within fourteen (14) days of receipt of the report of the opposing expert.

5.  An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within thirty (30) days of receipt of the written report of the expert's proposed testimony, or within thirty (30) days of the expert's deposition, if a deposition is taken, whichever is later.

6.   The parties shall complete all discovery on or before **July 24, 2026**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7.   All dispositive motions shall be filed no later than **August 28, 2026**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length.  Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e). **If parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.**

8.  The hearing on dispositive motions will be set by the Court for a date after the deadline for responses and replies.

9.  The Court will set the case for trial by separate order.  The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

IT IS SO ORDERED.

DATED: Austin, Texas, on this 27th day of April, 2026.

_____

David Alan Ezra
Senior United States District Judge