IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INSTITUTE FOR FREE SPEECH, | |
| Plaintiff, | |
| v. | No. 1:23-cv-1370-DAE |
| JAMES TINLEY, et al., | |
| Defendants. | |

**PLAINTIFF'S DESIGNATION OF REBUTTAL EXPERT**

In accordance with the Scheduling Order (Dkt. 77), the Institute for Free Speech files this designation of Caleb Burns, Wiley Rein LLP, 2050 M Street NW Washington, DC 20036; 202-719-7000, as its rebuttal expert. Mr. Burns's report and the required disclosures will be served on Defense counsel via email today.

1

Respectfully submitted,

Dated: June 18, 2026

*s/Endel Kolde*
Endel Kolde
D.C. Bar No. 1782129
Nathan Ristuccia
Virginia Bar No. 98372.
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 301-1664
Fax: (202) 301-3399
dkolde@ifs.org
nristuccia@ifs.org

*Attorneys for IFS*

*s/Tony McDonald*
Tony McDonald
Texas Bar No. 24083477
Connor Ellington
Texas Bar No. 24128529
LAW OFFICES OF TONY MCDONALD
1308 Ranchers Legacy Trl
Fort Worth, TX 76126
Tel: (512) 200-3608
Fax: (815) 550-1292
tony@tonymcdonald.com
connor@tonymcdonald.com